UNITED STATES of America v. Philip GRIEBE.

No. 4463.

Circuit Court of Appeals, Seventh Circuit.

Dec. 19, 1932.

Dwight H. Green, U. S. Atty., of Chicago, Ill.

Frank T. Sheean, of Galena, Ill., for appellee.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

UNITED STATES of America, Appellant, v. Roy Lynn RENO, an Insane Person, by J. F. Black, his Legal Guardian.

No. 9663.

Circuit Court of Appeals, Eighth Circuit.

Jan. 5, 1933.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

Frank R. Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court on motion of counsel for appellant and consent of appellee.

UNITED STATES of America, Appellant, v. Melvin O. WARNER, Appellee.

No. 7045.

Circuit Court of Appeals, Ninth Circuit.

Jan. 13, 1933.

H. E. Ray, U. S. Atty., and Sam S. Griffin, Asst. U. S. Atty., both of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, consented to by counsel for appellee, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, ex rel. Carmine DAVIDE, Appellant, v. Thomas B. R. MUDD, Commissioner of Immigration, Baltimore, Md., Appellee.

No. 3426.

Circuit Court of Appeals, Fourth Circuit.

Jan. 18, 1933.

Joseph Allen, of Baltimore, Md., for appellant.

Donald P. Roman, Asst. U. S. Atty., of Baltimore, Md. (Simon E. Sobeloff, U. S. Atty., of Baltimore, Md., on the brief), for appellee.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

This is an appeal from an order dismissing a writ of habeas corpus and remanding the petitioner to the custody of the immigration authorities for deportation. In our opinion, the order directing the deportation of petitioner, on the ground that prior to his entry into the United States he had been convicted of crimes involving moral turpitude, is sustained by ample evidence, and the points upon which he relies are so clearly without merit as not to warrant discussion. The order dismissing the writ of habeas corpus will be affirmed.

Affirmed.